B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Northern District of New York | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**National Sports Academy at Lake Placid** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**22-2627071** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**821 Mirror Lake Drive**<br>**Lake Placid, NY**<br>ZIP Code **12946-3829** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Essex** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| **Type of Debtor**<br>(Form of Organization) (Check one box) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which<br>the Petition is Filed** (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13    ☐ Chapter 15 Petition for Recognition<br>of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Nonmain Proceeding |

| **Chapter 15 Debtors** | **Tax-Exempt Entity**<br>(Check box, if applicable) | **Nature of Debts**<br>(Check one box) |
|---|---|---|
| Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding<br>by, regarding, or against debtor is pending: | ■ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | ☐ Debts are primarily consumer debts,<br>defined in 11 U.S.C. § 101(8) as<br>"incurred by an individual primarily for<br>a personal, family, or household purpose."    ■ Debts are primarily<br>business debts. |

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**         THIS SPACE IS FOR COURT USE ONLY

■ Debtor estimates that funds will be available for distribution to unsecured creditors.

☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,
there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| ☐<br>1-<br>49 | ■<br>50-<br>99 | ☐<br>100-<br>199 | ☐<br>200-<br>999 | ☐<br>1,000-<br>5,000 | ☐<br>5,001-<br>10,000 | ☐<br>10,001-<br>25,000 | ☐<br>25,001-<br>50,000 | ☐<br>50,001-<br>100,000 | ☐<br>OVER<br>100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐<br>$0 to<br>$50,000 | ☐<br>$50,001 to<br>$100,000 | ☐<br>$100,001 to<br>$500,000 | ☐<br>$500,001<br>to $1<br>million | ■<br>$1,000,001<br>to $10<br>million | ☐<br>$10,000,001<br>to $50<br>million | ☐<br>$50,000,001<br>to $100<br>million | ☐<br>$100,000,001<br>to $500<br>million | ☐<br>$500,000,001<br>to $1 billion | ☐<br>More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐<br>$0 to<br>$50,000 | ☐<br>$50,001 to<br>$100,000 | ☐<br>$100,001 to<br>$500,000 | ☐<br>$500,001<br>to $1<br>million | ■<br>$1,000,001<br>to $10<br>million | ☐<br>$10,000,001<br>to $50<br>million | ☐<br>$50,000,001<br>to $100<br>million | ☐<br>$100,000,001<br>to $500<br>million | ☐<br>$500,000,001<br>to $1 billion | ☐<br>More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|

| **Voluntary Petition**<br><br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br><br>**National Sports Academy at Lake Placid** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)          (Date) |
|---|---|

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

   ☐ Yes, and Exhibit C is attached and made a part of this petition.

   ■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

   ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

   ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
#### (Check any applicable box)

   ■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

   ☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

   ☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
#### (Check all applicable boxes)

   ☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

          _____
          (Name of landlord that obtained judgment)

          _____
          (Address of landlord)

   ☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

   ☐   Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

   ☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)                                                                                          Page 3

# Voluntary Petition

*(This page must be completed and filed in every case)*

| Name of Debtor(s): |
| --- |
| **National Sports Academy at Lake Placid** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Christopher J. Baum**
Signature of Attorney for Debtor(s)

**Christopher J. Baum 4691176**
Printed Name of Attorney for Debtor(s)

**Baum & Bailey, P.C.**
Firm Name

**48 Wall Street, 11th Floor**
**New York, NY 10005**

_____
Address

**Email: cbaum@baumbaileylaw.com**
**(212) 918-4519  Fax: (718) 228-3979**
Telephone Number

**January 17, 2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Lisa Wint**
Signature of Authorized Individual

**Lisa Wint**
Printed Name of Authorized Individual

**Head of School**
Title of Authorized Individual

**January 17, 2015**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of New York

In re    **National Sports Academy at Lake Placid**                          Case No. _____

_____    Chapter    **11**
Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **Alec Petro**<br>**37 Fort Hill Lane**<br>**Duxbury, MA 02332** | **Alec Petro**<br>**37 Fort Hill Lane**<br>**Duxbury, MA 02332** | **Unsecured promissory note** | | **25,000.00** |
| **Athlete School Advisor AB**<br>**KUNGSPORTEN 3 A**<br>**427 50 Billdal, Vastra Gotalands lan**<br>**SWEDEN** | **Athlete School Advisor AB**<br>**KUNGSPORTEN 3 A**<br>**427 50 Billdal, Vastra Gotalands lan**<br>**SWEDEN** | **Scandanavian hockey recruiting organization** | | **6,500.00** |
| **Brett West**<br>**390 West Mountain Road**<br>**Ridgefield, CT 06877** | **Brett West**<br>**390 West Mountain Road**<br>**Ridgefield, CT 06877** | **Unsecured loan** | | **105,000.00** |
| **Brett West**<br>**390 West Mountain Road**<br>**Ridgefield, CT 06877** | **Brett West**<br>**390 West Mountain Road**<br>**Ridgefield, CT 06877** | **Guarantee of Promissory Note dated May 10, 2013 from the Debtor to the Village of Lake Placid, Inc. limited to one hundred thousand dollars ($100,000.** | **Contingent Unliquidated** | **100,000.00** |
| **Copper Mountain, Inc.**<br>**P.O. Box 3527**<br>**Copper Mountain, CO 80443** | **Copper Mountain, Inc.**<br>**P.O. Box 3527**<br>**Copper Mountain, CO 80443** | **Lodging at Alpine Ski camp** | | **10,011.77** |
| **Donald Simkin**<br>**284 Boband Road**<br>**P.O. Box 312**<br>**Youngsville, NY 12791** | **Donald Simkin**<br>**284 Boband Road**<br>**P.O. Box 312**<br>**Youngsville, NY 12791** | **Unsecured loan** | | **105,000.00** |
| **Donald Simkin**<br>**284 Boband Road**<br>**P.O. Box 312**<br>**Youngsville, NY 12791** | **Donald Simkin**<br>**284 Boband Road**<br>**P.O. Box 312**<br>**Youngsville, NY 12791** | **Guarantee of Promissory Note dated May 10, 2013 from the Debtor to the Village of Lake Placid, Inc. limited to one hundred thousand dollars ($100,000.** | **Contingent Unliquidated** | **100,000.00** |

B4 (Official Form 4) (12/07) - Cont.

In re  **National Sports Academy at Lake Placid**                      Case No. _____

_____Debtor(s)_____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Hurley Brothers**<br>**268 Station Street**<br>**Lake Placid, NY 12946** | **Hurley Brothers**<br>**268 Station Street**<br>**Lake Placid, NY 12946** | **Heating fuel** | | **10,380.91** |
| **John Peracchio**<br>**64 Agawam Drive**<br>**Wayne, NJ 07470** | **John Peracchio**<br>**64 Agawam Drive**<br>**Wayne, NJ 07470** | **Unsecured promissory** | | **105,000.00** |
| **Kabrual Tasha and Julie Tasha**<br>**c/o Burns & Levinson LLP**<br>**125 Summer Street**<br>**Boston, MA 02110** | **Kabrual Tasha and Julie Tasha**<br>**c/o Burns & Levinson LLP**<br>**125 Summer Street**<br>**Boston, MA 02110** | **Alleged breach of contract of Enrollment agreement regarding Madison Tasha and Mackenzie Tasha, former students of the Debtor's school.** | **Disputed** | **40,000.00** |
| **Key Equipment Finance**<br>**1000 South McCaslin Boulevard**<br>**Superior, CO 80027** | **Key Equipment Finance**<br>**1000 South McCaslin Boulevard**<br>**Superior, CO 80027** | **Motor vehicle financing** | | **31,474.50** |
| **Lake Placid Rental & Supply LLC**<br>**5643 Cascade Road**<br>**Lake Placid, NY 12946** | **Lake Placid Rental & Supply LLC**<br>**5643 Cascade Road**<br>**Lake Placid, NY 12946** | **Construction equipment rental** | | **7,867.00** |
| **Marino Partners LLP**<br>**15 Fisher Lane, #200**<br>**White Plains, NY 10603** | **Marino Partners LLP**<br>**15 Fisher Lane, #200**<br>**White Plains, NY 10603** | **Legal services** | | **34,460.11** |
| **New York Ski Educational Foundation, Inc**<br>**P.O. Box 300**<br>**Wilmington, NY 12997** | **New York Ski Educational Foundation, Inc**<br>**P.O. Box 300**<br>**Wilmington, NY 12997** | **Ski coaching and mountain fees** | | **36,925.00** |
| **Olympic Regional Development Authority**<br>**2634 Main Street**<br>**Lake Placid, NY 12946** | **Olympic Regional Development Authority**<br>**2634 Main Street**<br>**Lake Placid, NY 12946** | **Ice rink rental and locker room services for the Debtor's men's ice hockey team** | | **41,109.72** |
| **Skyliners Synchronized Skating Team, Inc**<br>**c/o Fredman & Kosan**<br>**333 Westchester Avenue**<br>**White Plains, NY 10606** | **Skyliners Synchronized Skating Team, Inc**<br>**c/o Fredman & Kosan**<br>**333 Westchester Avenue**<br>**White Plains, NY 10606** | **Credit regarding summer rental of 821 Mirror Lake Drive, Lake Placid, NY.** | **Disputed** | **21,900.00** |
| **Strack, LLC d/b/a Central Garage**<br>**2679 Main Street**<br>**Lake Placid, NY 12946** | **Strack, LLC d/b/a Central Garage**<br>**2679 Main Street**<br>**Lake Placid, NY 12946** | **Vehicle fuel and maintenance** | | **8,719.52** |
| **Village of Lake Placid, Inc.**<br>**2693 Main Street**<br>**Lake Placid, NY 12946** | **Village of Lake Placid, Inc.**<br>**2693 Main Street**<br>**Lake Placid, NY 12946** | **Water and sewer services** | | **7,762.99** |

**B4 (Official Form 4) (12/07) - Cont.**

In re  **National Sports Academy at Lake Placid**                     Case No.

                                Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Village of Lake Placid, Inc.**<br>**2693 Main Street**<br>**Lake Placid, NY 12946** | **Village of Lake Placid, Inc.**<br>**2693 Main Street**<br>**Lake Placid, NY 12946** | **Unsecured promissory note** | | **156,787.09** |
| **Winch Paint Company**<br>**P.O. Box 138**<br>**Keene, NY 12942** | **Winch Paint Company**<br>**P.O. Box 138**<br>**Keene, NY 12942** | **Building paintinf services** | | **6,782.06** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

      I, the Head of School of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **January 17, 2015**                        Signature    **/s/ Lisa Wint**

                                                            **Lisa Wint**
                                                            **Head of School**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B 6 Summary (Official Form 6 - Summary) (12/13)

.

# United States Bankruptcy Court
### Northern District of New York

In re    **National Sports Academy at Lake Placid**                          ,          Case No. _____

Debtor

Chapter _____ **11**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A,
B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.
Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must
also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 1,490,000.00 | | |
| B - Personal Property | Yes | 4 | 322,845.18 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 830,873.25 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 13 | | 1,033,683.16 | |
| G - Executory Contracts and Unexpired Leases | Yes | 3 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 25 | | | |
| Total Assets | | | 1,812,845.18 | | |
| Total Liabilities | | | | 1,864,556.41 | |

B 6 Summary (Official Form 6 - Summary) (12/13)

.

# United States Bankruptcy Court
## Northern District of New York

In re    **National Sports Academy at Lake Placid**                                    ,         Case No. _____
                                                                    Debtor
                                                                              Chapter_____**11**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | |
| Average Expenses (from Schedule J, Line 22) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re    **National Sports Academy at Lake Placid**                        ,    Case No. _____
                                                        Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **114 Parkside Drive, Lake Placid, New York 12946** | **Fee Simple** | - | **315,000.00** | **191,698.59** |
| **821 Mirror Lake Drive, Lake Placid, New York 12946-3829** | **Fee simple** | - | **1,175,000.00** | **639,174.66** |

| | | |
|---|---|---|
| Sub-Total > | **1,490,000.00** | (Total of this page) |
| Total > | **1,490,000.00** | |

__0__   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                                      Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

.

In re  **National Sports Academy at Lake Placid**                                    ,    Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking Account at Champlain National Bank 1992 Saranac Avenue #1, Lake Placid, NY 12946** | - | 121,898.28 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | **59 Beds (33 at 821 Mirror Lake Drive, Lake Placid, NY; 14 at 114 Parkside Drive, Lake Placid, NY); 46 Dressers (40 at 821 Mirror Lake Drive; 6 at 114 Parkside Drive); 38 Desks (35 at 821 Mirror Lake Drive; 3 at 114 Parkside Drive); 41 Desk Chairs (38 at 821 Mirror Lake Drive; 3 at 114 Parkside Drive); 18 Arm Chairs (17 at 821 Mirror Lake Drive; 1 at 114 Parkside Drive); 7 Stoves (4 at 821 Mirror Lake Drive; 3 at 114 Parkside Drive); 7 Refrigerators (4 at 821 Mirror Lake Drive; 3 at 114 Parkside Drive); 6 Sofas (5 at 821 Mirror Lake Drive; 1 at 114 Parkside Drive); 1 Antique Clock at 821 Mirror Lake Drive; 25 Tables (23 at 821 Mirror Lake Drive; 2 at 114 Parkside Drive); 6 Wood Stools at 821 Mirror Lake Drive; 2 Wood Credenzas at 821 Mirror Lake Drive; 1 Large Armoir at 821 Mirror Lake Drive; 2 Area Rugs at 821 Mirror Lake Drive; 4 Washing Machines (3 at 821 Mirror Lake Driver; 1 at 114 Parkside Drive); 4 Dryers (3 at 821 Mirror Lake Drive; 1 at 114 Parkside Drive); 2 Vacuum Cleaners at 821 Mirror Lake Drive; 1 Lawn Mower at 821 Mirror Lake Driver;** | - | 10,150.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Misc. Books and Videos at 821 Mirror Lake Drive, Lake Placid, NY.** | - | 200.00 |

|  | Sub-Total >  | 132,248.28 |
|---|---|---|
|  | (Total of this page) | |

__3__   continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **National Sports Academy at Lake Placid**                            ,    Case No. _____
                                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | | **1 Pool Table; 1 Air Hockey Table; 1 Ping Pong Table; 1 Exercise Bike; 6 Hocket Pant Shells; 36 Hockey Sticks; 9 Pairs of Hockey Gloves; 50 Hockey Game Jerseys; 6 Hockey Bags; 1 Athletic Trainer's Table; Free Weights; Skis/Boots/Poles; Misc. Exercise Equipment and Athletic Equipment. All at 821 Mirror Lake Drive, Lake Placid, NY.** | - | **9,375.00** |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **1000 Shares of 8x8, Inc.** | - | **9,130.00** |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Various accounts receivable.** | - | **155,031.90** |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |

Sub-Total >     **173,536.90**
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **National Sports Academy at Lake Placid**                     ,    Case No. _____
                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **Utility Trailer at 821 Mirror Lake Drive, Lake Placid, NY.** | - | **1,000.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |

|  |  |
|---|---|
| Sub-Total > | **1,000.00** |
| (Total of this page) | |

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **National Sports Academy at Lake Placid**                              ,        Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 28. Office equipment, furnishings, and supplies. | | **1 Glass Cabinet; 9 Book Shelves; 1 Mailbox Unit; 3 Wall Cubbie Units; 1 Shredding Machine; 14 Small Filing Cabinets; 8 Large Filing Cabinets; Misc. Office Equipment, Supplies, and Toner; 16 Student Desk/Chair Units; 2 Science Lab Tables; 1 Science Lab Table with 2 Sinks; 2 Science Room Student Tables; 1 Science Lab Vent Hood; Science Lab Misc. Supplies and Equipment; 6 Mac Internet Access Ports; 5 Laser Jet Printers; 2 Monitors; 1 Cord; 1 Keyboard; 3 Switches; 3 Laptop Computers; 2 LCD Projectors; 3 Desk Top Computers; 2 AV Carts.  All Located at 821 Mirror Lake Drive, Lake Placid, NY.** | - | **6,210.00** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Misc. Tools & Supplies; 1 Coffee Machine; 1 Milk Machine; 1 Juice Machine; Kitchen Equipment (Grill; Griddle; Stove; Convection Oven; Fryer; Steam Table; Vent Hood; Walk in Coller Compressor; Walk in Freezer; Standing Freezer; Mixer; Dishwasher; Misc. Plates/Cups/Bowls/Silverware/Etc., Slicer, Ice Machine, Carts/Worktables).  All at 821 Mirror Lake Drive.** | - | **9,850.00** |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

| | | |
|---|---|---|
| Sub-Total > | | **16,060.00** |
| (Total of this page) | | |
| Total > | | **322,845.18** |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re   **National Sports Academy at Lake Placid**
_____,   Case No. _____
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. | | | | November 13, 2013 | | | | | |
| **Adirondack Bank** **185 Genesee Street** **Utica, NY 13501** | - | | | **First Mortgage** **821 Mirror Lake Drive, Lake Placid, New York 12946-3829** | | | | | |
| | | | | Value $            1,175,000.00 | | | | 545,462.75 | 0.00 |
| Account No. | | | | March 26, 2014 | | | | | |
| **Hiram L. Oliveras-Matos** **Hiram's Home Improvement** **36 Crossfield Avenue** **Saranac Lake, NY 12983** | - | | | **Mechanic's Lien** **821 Mirror Lake Drive, Lake Placid, New York 12946-3829** | | | X | | |
| | | | | Value $            1,175,000.00 | | | | 29,567.40 | 0.00 |
| Account No. | | | | 2012 | | | | | |
| **Internal Revenue Service** **Centralized Insolvency Operation** **P.O. Box 21126** **Philadelphia, PA 19114-0326** | - | | | **Statutory Lien** **821 Mirror Lake Drive, Lake Placid, New York 12946-3829** | | | | | |
| | | | | Value $            1,175,000.00 | | | | 61,124.51 | 0.00 |
| Account No. | | | | October 24, 2013 | | | | | |
| **James Ades** **193 Beaver Creek Road** **Shelburne, VT 05482** | - | | | **Judgment Lien** **821 Mirror Lake Drive** **Lake Placid, New York 12946-3829** | | | | | |
| | | | | Value $            1,175,000.00 | | | | 3,020.00 | 0.00 |
| __1__ continuation sheets attached | | | | Subtotal (Total of this page) | | | | 639,174.66 | 0.00 |

B6D (Official Form 6D) (12/07) - Cont.

In re    **National Sports Academy at Lake Placid**                              ,    Case No. _____

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| **Account No.** | | | | | January 31, 2012 | | | | | |
| **NBT Bank, National Association** **2483 Main Street** **Lake Placid, NY 12946** | - | | | | **First Mortgage** **114 Parkside Drive, Lake Placid, New York 12946** | | | | | |
| | | | | | Value $         **315,000.00** | | | | **191,698.59** | **0.00** |
| **Account No.** | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| **Account No.** | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| **Account No.** | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| **Account No.** | | | | | | | | | | |
| | | | | | Value $ | | | | | |

| | | |
|---|---|---|
| Sheet __1__ of __1__ continuation sheets attached to Schedule of Creditors Holding Secured Claims | Subtotal (Total of this page) | **191,698.59**    **0.00** |
| | Total (Report on Summary of Schedules) | **830,873.25**    **0.00** |

B6E (Official Form 6E) (4/13)

.

In re  **National Sports Academy at Lake Placid**                                    Case No. _____

_____ ,
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

_* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment._

**0**     continuation sheets attached

B6F (Official Form 6F) (12/07)

In re  **National Sports Academy at Lake Placid** _____ ,   Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J | C | | | | | |
| Account No. <br><br>**Adirondack Computer Solutions** <br>**P.O. Box 206** <br>**13707 Route 9N** <br>**Au Sable Forks, NY 12912** | - | | | | **August, 2014** <br>**Service of computers** | | | | 192.50 |
| Account No. <br><br>**Alec Petro** <br>**37 Fort Hill Lane** <br>**Duxbury, MA 02332** | - | | | | **Unsecured promissory note** | | | | 25,000.00 |
| Account No. <br><br>**Alexander Edwards & Company** <br>**47 Dock Street** <br>**Plattsburgh, NY 12901** | - | | | | **June 30, 2012** <br>**Audit by certified public accountants** | | | | 6,000.00 |
| Account No. xxxxxxx2860 <br><br>**Ally Financial** <br>**P.O. Box 9001948** <br>**Louisville, KY 40290-1948** | - | | | | **Former lease of 2011 Sierra pickup, VIN ending 1569.** | | | | 443.05 |

___**12**___  continuation sheets attached

Subtotal
(Total of this page)               31,635.55

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                S/N:48742-140401   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **National Sports Academy at Lake Placid** ,                 Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxx8182**<br><br>**Ally Financial**<br>**P.O. Box 9001948**<br>**Louisville, KY 40290-1948** | - | | | **Former lease of 2011 Sierra pickup truck VIN ending in 3877.** | | | | **5,464.47** |
| Account No.<br><br>**Apple Inc.**<br>**P.O. Box 846095**<br>**Dallas, TX 75284-6095** | - | | | **2012 MacBook Pro** | | | | **1,282.00** |
| Account No.<br><br>**Arkadin Global Conferencing**<br>**P.O. Box 347261**<br>**Pittsburgh, PA 15251-4261** | - | | | **2012**<br>**Audio conference services** | | | | **291.33** |
| Account No.<br><br>**Athlete School Advisor AB**<br>**KUNGSPORTEN 3 A**<br>**427 50 Billdal, Vastra Gotalands lan**<br>**SWEDEN** | - | | | **Scandanavian hockey recruiting organization** | | | | **6,500.00** |
| Account No.<br><br>**Brett West**<br>**390 West Mountain Road**<br>**Ridgefield, CT 06877** | - | | | **Guarantee of Promissory Note dated May 10, 2013 from the Debtor to the Village of Lake Placid, Inc. limited to one hundred thousand dollars ($100,000.00).** | X | X | | **100,000.00** |

Sheet no. _1___ of _12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **113,537.80**

B6F (Official Form 6F) (12/07) - Cont.

In re  **National Sports Academy at Lake Placid**                          ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Brett West**<br>**390 West Mountain Road**<br>**Ridgefield, CT 06877** | - | | | Unsecured loan | | | | 105,000.00 |
| Account No.<br><br>**Brown Coach, Inc.**<br>**50 Venner Road**<br>**Amsterdam, NY 12010** | - | | | 2012<br>Charter bus trip | | | | 2,995.00 |
| Account No.<br><br>**Casual Graffix, LLC dba Bear Essentials**<br>**97B Main Street**<br>**Saranac Lake, NY 12983** | - | | | March 21, 2012<br>Clothing and embroidery services | | | X | 5,776.00 |
| Account No.<br><br>**Champlain Communications, Inc.**<br>**994 Military Turnpike, Suite 103**<br>**Plattsburgh, NY 12901** | - | | | Advertising | | | | 236.25 |
| Account No.<br><br>**Coakley High Peaks Ace Hardware**<br>**P.O. Box 1244**<br>**622 Lake Flower Avenue**<br>**Saranac Lake, NY 12983** | - | | | Miscellaneous supplies | | | | 523.64 |

Sheet no. __2___ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

114,530.89

B6F (Official Form 6F) (12/07) - Cont.

In re __**National Sports Academy at Lake Placid**_____ ,    Case No. _____
                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Printing services for forms and marketing | | | | |
| Compass Printing Plus 2182 Saranac Avenue Lake Placid, NY 12946 | - | | | | | | | 2,591.17 |
| Account No. | | | | March, 2014 Copy toner | | | | |
| Compuink Services 1025 West Avenue I, Suite 19 Lancaster, CA 93534 | - | | | | | | | 587.99 |
| Account No. | | | | Lodging at Alpine Ski camp | | | | |
| Copper Mountain, Inc. P.O. Box 3527 Copper Mountain, CO 80443 | - | | | | | | | 10,011.77 |
| Account No. | | | | Guarantee of Promissory Note dated May 10, 2013 from the Debtor to the Village of Lake Placid, Inc. limited to one hundred thousand dollars ($100,000.00). | X | X | | |
| Donald Simkin 284 Boband Road P.O. Box 312 Youngsville, NY 12791 | - | | | | | | | 100,000.00 |
| Account No. | | | | Unsecured loan | | | | |
| Donald Simkin 284 Boband Road P.O. Box 312 Youngsville, NY 12791 | - | | | | | | | 105,000.00 |

Sheet no. __3___ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

218,190.93

B6F (Official Form 6F) (12/07) - Cont.

In re   **National Sports Academy at Lake Placid**                              ,      Case No. _____
                                                      Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Fabulous Floors** <br> **104 River Street** <br> **Hudson Falls, NY 12839** | - | | | **2012** <br> **Floor repair and installation** | | | | 4,817.88 |
| Account No. <br><br> **Golub Corporation d/b/a Price Chopper** <br> **P.O. Box 1392** <br> **Williston, VT 05495-1392** | - | | | **2012** <br> **Food purchases** | | | | 1,465.22 |
| Account No. <br><br> **Hurley Brothers** <br> **268 Station Street** <br> **Lake Placid, NY 12946** | - | | | **Heating fuel** | | | | 10,380.91 |
| Account No. <br><br> **J. Hogan Refrigeration & Mechanical, Inc** <br> **12 Chamberlain Road** <br> **P.O. Box 67** <br> **Peru, NY 12972** | - | | | **June, 2014** <br> **Kitchen repair work** | | | | 222.25 |
| Account No. <br><br> **Jack Rugar Custom Painting, LLC** <br> **30 Boulder Ledge Way** <br> **Keeseville, NY 12944** | - | | | **2012** <br> **Painting of building** | | | | 600.00 |

Sheet no. __4__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

17,486.26

B6F (Official Form 6F) (12/07) - Cont.

In re    **National Sports Academy at Lake Placid**                          ,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Unsecured promissory | | | | |
| John Peracchio 64 Agawam Drive Wayne, NJ 07470 | | - | | | | | 105,000.00 |
| Account No. | | | Hockey tournament entry fees | | | | |
| Junior Women's Hockey League, Inc. c/o NAHA 3430 Mountain Road Stowe, VT 05672 | | - | | | | | 5,549.89 |
| Account No. | | | Alleged breach of contract of Enrollment agreement regarding Madison Tasha and Mackenzie Tasha, former students of the Debtor's school. | | | X | |
| Kabrual Tasha and Julie Tasha c/o Burns & Levinson LLP 125 Summer Street Boston, MA 02110 | | - | | | | | 40,000.00 |
| Account No. | | | Motor vehicle financing | | | | |
| Key Equipment Finance 1000 South McCaslin Boulevard Superior, CO 80027 | | - | | | | | 31,474.50 |
| Account No. | | | July 23, 2012 Shared expenses for common retaining wall for adjacent real properties | | | | |
| Lake Placid Pub & Brewery Company, LLC 813 Mirror Lake Drive Lake Placid, NY 12946 | | - | | | | | 2,258.57 |

Sheet no. __5___ of __12__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

184,282.96

B6F (Official Form 6F) (12/07) - Cont.

In re  **National Sports Academy at Lake Placid**                                    ,          Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No.<br><br>**Lake Placid Rental & Supply LLC**<br>**5643 Cascade Road**<br>**Lake Placid, NY 12946** | - | | | | **2012**<br>**Construction equipment rental** | | | | 7,867.00 |
| Account No.<br><br>**Lake Placid-Wilmington CYC Coalition**<br>**P.O. Box 494**<br>**Lake Placid, NY 12946** | - | | | | **Student drug prevention services** | | | | 200.00 |
| Account No.<br><br>**Lamb Lumber Company, Inc.**<br>**6110 Sentinel Road**<br>**Lake Placid, NY 12946** | - | | | | **Miscanellous supplies for building maintenance** | | | | 4,987.58 |
| Account No.<br><br>**Levy Diamond Bello & Associates, LLC**<br>**497 Bic Drive**<br>**Milford, CT 06461** | - | | | | **Collection services re past due tuition owed by Debtor's students** | | | | 5,249.30 |
| Account No.<br><br>**Marino Partners LLP**<br>**15 Fisher Lane, #200**<br>**White Plains, NY 10603** | - | | | | **Legal services** | | | | 34,460.11 |

Sheet no. __6___ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

52,763.99

B6F (Official Form 6F) (12/07) - Cont.

In re  **National Sports Academy at Lake Placid**                              ,      Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Membership dues | | | | |
| National Association of Independent Schs P.O. Box 75760 Baltimore, MD 21275-5760 | - | | | | | | 1,094.40 |
| Account No. | | | 2012 Ski coaching and mountain fees | | | | |
| New York Ski Educational Foundation, Inc P.O. Box 300 Wilmington, NY 12997 | - | | | | | | 36,925.00 |
| Account No. | | | Ice rink rental and locker room services for the Debtor's men's ice hockey team | | | | |
| Olympic Regional Development Authority 2634 Main Street Lake Placid, NY 12946 | - | | | | | | 41,109.72 |
| Account No. | | | September, 2014 Postage machine | | | | |
| Pitney Bowes, Inc. P.O. Box 5010 Woodland Hills, CA 91365-5010 | - | | | | | | 1,077.07 |
| Account No. | | | March, 2014 Freelance translation services | | | | |
| Rene Cosgrove 4613 Avenue de l'Esplanade Montreal, QC H2T 2Y6 CANADA | - | | | | | | 480.00 |

Sheet no. __7___ of __12__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    80,686.19

B6F (Official Form 6F) (12/07) - Cont.

In re  **National Sports Academy at Lake Placid**                          ,    Case No. _____
_____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | January, 2014<br>Radio advertising | | | | |
| Saranac Lake Radio, LLC<br>P.O. Box 211<br>Saranac Lake, NY 12983 | - | | | | | | 152.51 |
| Account No. | | | Hockey advertising and marketing | | | | |
| Seamans Media, Inc.<br>1400 Hancock Street, 7th Floor<br>Quincy, MA 02169 | - | | | | | | 1,329.00 |
| Account No. | | | August, 2014<br>Credit regarding summer rental of 821 Mirror Lake Drive, Lake Placid, NY. | | | | |
| Skyliners Synchronized Skating Team, Inc<br>c/o Fredman & Kosan<br>333 Westchester Avenue<br>White Plains, NY 10606 | - | | | | | X | 21,900.00 |
| Account No. | | | 2013<br>Hockey gear for Debtor's men's ice hockey team | | | | |
| Squad Locker<br>240 Bald Hill Road<br>Warwick, RI 02886 | - | | | | | | 297.64 |
| Account No. | | | July, 2014<br>Washer repair | | | | |
| Statewide Machinery, Inc.<br>60 Pixley Industrial Parkway<br>Rochester, NY 14624 | - | | | | | | 218.75 |

Sheet no. __8___ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

23,897.90

B6F (Official Form 6F) (12/07) - Cont.

In re  **National Sports Academy at Lake Placid**                    ,        Case No. _____
                                             Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.  **Stoney Creek Girls Hockey Association 610 South Service Road Stoney Creek, ON L8E2W1 CANADA** | - | | September, 2013 Girls hockey tournament fees | | | | 1,550.00 |
| Account No.  **Strack, LLC d/b/a Central Garage 2679 Main Street Lake Placid, NY 12946** | - | | Vehicle fuel and maintenance | | | | 8,719.52 |
| Account No.  **The Cambridge Institute 1025 Main Street, Floor 3 Waltham, MA 02451** | - | | 2012 Recruiting company for Chinese students | | | | 2,770.00 |
| Account No.  **The Hill School 717 East High Street Pottstown, PA 19464** | - | | January, 2014 Hockey tournament fees | | | | 849.50 |
| Account No.  **The UPS Store No. 3190 1936 Saranac Avenue, Suite 2 Lake Placid, NY 12946** | - | | Priniting services | | | | 268.63 |

Sheet no. __9__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **14,157.65**

B6F (Official Form 6F) (12/07) - Cont.

In re **National Sports Academy at Lake Placid**                                   ,    Case No. _____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **The Wild Center** **45 Museum Drive** **Tupper Lake, NY 12986** | | - | | | Admission fee for student field trip | | | | 108.00 |
| Account No. **Time Warner Cable** **P.O. Box 70872** **Charlotte, NC 28272-0872** | | - | | | December, 2014 Cable and internet | | | | 809.73 |
| Account No. **xxx-xxxxxxxx1-001** **Time Warner Cable** **P.O. Box 70872** **Charlotte, NC 28272-0872** | | - | | | January, 2015 Cable bill. | | | | 51.41 |
| Account No. **Town of North Elba** **2693 Main Street, Suite 101** **Lake Placid, NY 12946** | | - | | | Dumping fees | | | | 654.06 |
| Account No. **Universal Supply Corp.** **5855 Green Valley Circle, #206** **Culver City, CA 90230** | | - | | | February, 2014 Toner for printer | | | | 760.82 |

Sheet no. **_10_** of **_12_** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    2,384.02

B6F (Official Form 6F) (12/07) - Cont.

In re   **National Sports Academy at Lake Placid**                              ,   Case No. _____
                                               Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Usherwood Business Equipment, Inc.**<br>**1005 W. Fayette Street**<br>**Syracuse, NY 13204** | - | | **2013**<br>**Printer and copier maintainence** | | | | 2,731.00 |
| Account No.<br><br>**Valentine & Kerbartas, Inc.**<br>**15 Union Street**<br>**Lawrence, MA 01840** | - | | **Dell computers** | | | | 1,250.00 |
| Account No.<br><br>**Village of Lake Placid, Inc.**<br>**2693 Main Street**<br>**Lake Placid, NY 12946** | - | | **Electricity utility services** | | | | 3,495.75 |
| Account No.<br><br>**Village of Lake Placid, Inc.**<br>**2693 Main Street**<br>**Lake Placid, NY 12946** | - | | **Electricity utility services for Mountain House** | | | | 303.35 |
| Account No.<br><br>**Village of Lake Placid, Inc.**<br>**2693 Main Street**<br>**Lake Placid, NY 12946** | - | | **Water and sewer services** | | | | 7,762.99 |

Sheet no. __11__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     15,543.09

B6F (Official Form 6F) (12/07) - Cont.

In re   **National Sports Academy at Lake Placid**                        ,        Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Village of Lake Placid, Inc.**<br>**2693 Main Street**<br>**Lake Placid, NY 12946** | - | | **Water and sewer services for Mountain House** | | | | **825.33** |
| Account No.<br><br>**Village of Lake Placid, Inc.**<br>**2693 Main Street**<br>**Lake Placid, NY 12946** | - | | **May 10, 2013**<br>**Unsecured promissory note** | | | | **156,787.09** |
| Account No.<br><br>**Winch Paint Company**<br>**P.O. Box 138**<br>**Keene, NY 12942** | - | | **Building paintinf services** | | | | **6,782.06** |
| Account No.<br><br>**Young Lyon Floor Covering, Inc.**<br>**1923 Saranac Avenue**<br>**Lake Placid, NY 12946** | - | | **Miscellaneous hardware** | | | | **191.45** |
| Account No.<br><br><br> | | | | | | | |

Sheet no. __12__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal<br>(Total of this page) | **164,585.93** |
|---|---|---|
|  | Total<br>(Report on Summary of Schedules) | **1,033,683.16** |

B6G (Official Form 6G) (12/07)

In re   **National Sports Academy at Lake Placid**           ,    Case No. _____
                                            Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code,<br>of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest.<br>State whether lease is for nonresidential real property.<br>State contract number of any government contract. |
|---|---|
| **Adirondack Medical Center**<br>**Lake Placid Rehabilitation & Sports Med**<br>**Attn: Tracy Bedard, 29 Church Street**<br>**Lake Placid, NY 12946** | **Athletic trainer services for the Debtor's men's ice hockey team.** |
| **Ally Financial**<br>**P.O. Box 9001948**<br>**Louisville, KY 40290-1948** | **Lease of 2012 Savana Van with VIN Ending 5615.** |
| **Ally Financial**<br>**P.O. Box 9001948**<br>**Louisville, KY 40290-1948** | **Lease of 2012 Savana Van with VIN Ending in 5454.** |
| **Amy Cheney-Seymour**<br>**151 Fletcher Farm Road**<br>**Vermontville, NY 12989** | **Employment contract.** |
| **Anfu Wang**<br>**2412 Ridgetop Circle**<br>**Ames, IA 50014** | **Recruiting agreement to recruit players for the Debtor's men's hockey team.** |
| **Athlete School Advisor AB**<br>**KUNGSPORTEN 3 A**<br>**427 50 Billdal, Vastra Gotalands lan**<br>**SWEDEN** | **Recruiting agreement to recruit players for the Debtor's men's hockey team.** |
| **Brenda Cotton**<br>**736 Averyville Lane**<br>**Lake Placid, NY 12946** | **Employment contract.** |
| **Bronwyn Seal**<br>**74 Deerwood Trail**<br>**Lake Placid, NY 12946** | **Employment contract.** |
| **Casella Waste Systems, Inc.**<br>**d/b/a Casella Resource Solutions**<br>**67 Carbide Road**<br>**Plattsburgh, NY 12901** | **Waste collection, transportation, and disposal services.** |
| **Daniele Beauman**<br>**821 Mirror Lake Drive**<br>**Lake Placid, NY 12946** | **Employment contract.** |
| **Hiroki Wakabayashi** | **Recruiting agreement to recruit players for the Debtor's men's hockey team.** |

**2**
____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re    **National Sports Academy at Lake Placid**                    ,    Case No. _____

                                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Lisa Wint**<br>**78 Saddleback Way**<br>**Lake Placid, NY 12946** | **Employment contract.** |
| **Marlin Leasing Corporation**<br>**300 Fellowship Road**<br>**Mount Laurel, NJ 08054** | **Lease of Konica Minolta bizhub C364e copier/printer/scanner** |
| **Maureen McDade-Goggins and Jason Goggins**<br>**28810 Tupelo Road**<br>**Menifee, CA 92584** | **Tuition agreement for Chase Roques, a student at the Debtor's school.** |
| **Merrill L. Thomas, Inc.**<br>**2469 Main Street**<br>**Lake Placid, NY 12946** | **Real Estate Broker agreement regarding potential sale of 821 Mirror Lake Drive, Lake Placid, NY 12946.** |
| **Michelle Faiello and Frank Faiello**<br>**5636 Melvin Street**<br>**Pittsburgh, PA 15217** | **Tuition agreement for Francis Faiello, a student at the Debtor's school.** |
| **Mountain Bookkeeping**<br>**16 Reservoir Lane**<br>**Bloomingdale, NY 12913** | **Bookkeeping services.** |
| **NCC Systems Inc.**<br>**1080 Military Turnpike**<br>**Plattsburgh, NY 12901** | **Inspection and per call fire detection equipment service.** |
| **Nick Unger**<br>**821 Mirror Lake Drive**<br>**Lake Placid, NY 12946** | **Employment contract.** |
| **Noonan Leasing LLC**<br>**703 County Highway 107**<br>**Johnstown, NY 12095** | **Lease of 2012 Prodigy Bus.** |
| **NYS Olympic Regional Development Auth**<br>**2634 Main Street**<br>**Lake Placid, NY 12946** | **Advertising agreement to place advertisements with the NYS Olympic Regional Development Authority.** |
| **NYS Olympic Regional Development Auth.**<br>**2634 Main Street**<br>**Lake Placid, NY 12946** | **Agreement to rent ice rink and weight room time for Debtor's men's ice hockey team.** |
| **Randy Wint**<br>**78 Saddleback Way**<br>**Lake Placid, NY 12946** | **Employment contract.** |
| **Rodney Careen and Darlene Careen**<br>**39 Penmore Drive**<br>**Mount Pearl, NL A1N 1A8**<br>**CANADA** | **Tuition agreement for Liam Careen, a student at the Debtor's school.** |

Sheet __1__ of __2__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                                                                  Best Case Bankruptcy

In re  **National Sports Academy at Lake Placid**                                      ,   Case No. _____

Debtor

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Ryan Bailey**<br>**821 Mirror Lake Drive**<br>**Lake Placid, NY 12946** | **Employment contract.** |
| **Sarah Remillard**<br>**821 Mirror Lake Drive**<br>**Lake Placid, NY 12946** | **Employment contract.** |
| **Steve Dougherty** | **Recruiting agreement to recruit players for the Debtor's men's hockey team.** |
| **Sylvain Halle**<br>**953 Rue Stuart**<br>**Repentigny, QC J5Y2X6**<br>**CANADA** | **Agreement to recruit students to attend the Debtor's school and player for the Debtor's men's ice hockey team.** |
| **Tim Dulka**<br>**24 Almweg Lane**<br>**Jay, NY 12941** | **Employment contract.** |

Sheet __2__ of __2__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

.

In re    **National Sports Academy at Lake Placid**                                    ,    Case No. _____

                                    Debtor

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Brett West**<br>**390 West Mountain Road**<br>**Ridgefield, CT 06877**<br>  **Guarantee of Promissory Note dated May 10,**<br>**2013 from the Debtor to the Village of Lake Placid,**<br>**Inc. limited to one hundred thousand dollars**<br>**($100,000.00).** | **Village of Lake Placid, Inc.**<br>**2693 Main Street**<br>**Lake Placid, NY 12946** |
| **Donald Simkin**<br>**284 Boband Road**<br>**P.O. Box 312**<br>**Youngsville, NY 12791**<br>  **Guarantee of Promissory Note dated May 10,**<br>**2013 from the Debtor to the Village of Lake Placid,**<br>**Inc. limited to one hundred thousand dollars**<br>**($100,000.00).** | **Village of Lake Placid, Inc.**<br>**2693 Main Street**<br>**Lake Placid, NY 12946** |

**0**
_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

**B6 Declaration (Official Form 6 - Declaration). (12/07)**

# United States Bankruptcy Court
### Northern District of New York

In re    **National Sports Academy at Lake Placid**                          Case No.

                                         Debtor(s)            Chapter    **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Head of School of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**27**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date    **January 17, 2015**                          Signature    **/s/ Lisa Wint**

                                                       **Lisa Wint**
                                                       **Head of School**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## Northern District of New York

In re    **National Sports Academy at Lake Placid**                 Case No.

                                        Debtor(s)              Chapter    **11**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$1,074,512.89** | **Operation of the Debtor's school in 2013 ($731,662.89); operation of the Debtor's school in 2014 ($342,850.00)** |

---

**2. Income other than from employment or operation of business**

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$192,329.52** | **Donations to the Debtor's School in 2013 ($166.006.75); donations to the Debtor's School in 2014 ($26,322.77)** |

B7 (Official Form 7) (04/13)                                                                                      2

---

### 3. Payments to creditors

None
■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
□

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Mountain Bookkeeping** **16 Reservoir Lane** **Bloomingdale, NY 12913** | **10/27/14 ($1,081.25); 11/10/14 ($1,243.75); 11/24/14 ($1,143.75); 12/8/14 ($1,018.75); 12/22/14 ($1,281.25); 1/15/14 ($837.50)** | **$6,606.25** | **$0.00** |
| **New York State Insurance Fund** **199 Church Street** **New York, NY 10007** | **10/28/14 ($3,781.36); 12/2/14 ($1,270.45); 12/15/14 ($1,270.45)** | **$6,322.26** | **$0.00** |
| **Adirondack Bank** **185 Genesee Street** **Utica, NY 13501** | **12/15/14** | **$8,977.58** | **$0.00** |
| **K12 Inc.** **2300 Corporate Park Drive** **Herndon, VA 20171** | **12/4/14** | **$9,605.97** | **$0.00** |
| **Philadelphia Insurance** **P.O. Box 70251** **Philadelphia, PA 19176-0251** | **12/9/14 ($1,773.08); 1/15/15 ($9,649.14)** | **$11,422.22** | **$0.00** |
| **Excellus Health Plan, Inc.** **P.O. Box 5226** **Binghamton, NY 13902-5266** | **11/6/14 ($2,555.04); 11/6/14 ($1,213.66); 12/2/14 ($1,213.66); 12/2/14 ($4,258.40); 1/15/15 ($2,555.04); 1/15/15 ($1,213.66)** | **$13,009.46** | **$0.00** |

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)
3

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **US Foods, Inc.**<br>**P.O. Box 642554**<br>**Pittsburgh, PA 15264-2554** | **10/16/14 ($1,583.58);**<br>**10/21/14 ($936.04); 10/27/14**<br>**($1,005.37); 11/6/14**<br>**($2,382.62); 11/13/14**<br>**($1,635.28); 11/24/14**<br>**($749.91); 12/1/14**<br>**($1,201.67); 12/11/14**<br>**($1,133.98); 12/15/14**<br>**($4,187.18); 1/15/15**<br>**($2,435.43)** | **$17,251.06** | **$0.00** |
| **Village of Lake Placid, Inc.**<br>**2693 Main Street**<br>**Lake Placid, NY 12946** | **10/21/14 ($35.00); 11/6/14**<br>**($129.90); 11/6/14**<br>**($2,588.61); 11/6/14**<br>**($4,501.25); 12/2/14**<br>**($4,485.32); 12/9/14**<br>**($1,385.65)** | **$13,125.73** | **$169,174.51** |

None    c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of
■        creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both
          spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of
☐        this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses
          whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **John Peracchio v. National Sports Academy, Supreme Court of the State of New York, County of Essex, Index No. 642/2013** | **Breach of Contract** | **Supreme Court of the State of New York, County of Essex, 7559 Court Street - P.O. Box 217, Elizabethtown, NY 12932** | **Pending** |
| **Kabrual Tasha and Julie Tasha v. National Sports Academy at Lake Placid, Superior Court of Massachusetts, County of Barnstable, Docket No. 14-73** | **Breach of Contract** | **Superior Court of Massachusetts, County of Barnstable, 3195 Main Street, P.O. Box 425, Barnstable, MA 02630** | **Pending** |
| **Casual Graffix, LLC d/b/a Bear Essentials v. National Sports Academy, Supreme Court of the State of New York, County of Essex, Index No. CV14-0614** | **Breach of Contract** | **Supreme Court of the State of New York, County of Essex, 7559 Court Street - P.O. Box 217, Elizabethtown, NY 12932** | **Pending** |

None    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately
■        preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning
          property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not
          filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

B7 (Official Form 7) (04/13)                                                                                                          4

### 5. Repossessions, foreclosures and returns

None ■  List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

### 6. Assignments and receiverships

None ■  a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None ■  b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

### 7. Gifts

None ■  List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

### 8. Losses

None ■  List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

### 9. Payments related to debt counseling or bankruptcy

None ☐  List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Baum & Bailey, P.C.**<br>**48 Wall Street, 11th Floor**<br>**New York, NY 10005** | **12/18/2014 ($2,000.00) and 1/16/2015 ($6,000.00)** | **$8,000.00** |

B7 (Official Form 7) (04/13)                                                                                                                          5

| NAME AND ADDRESS<br>OF PAYEE | DATE OF PAYMENT,<br>NAME OF PAYER IF OTHER<br>THAN DEBTOR | AMOUNT OF MONEY<br>OR DESCRIPTION AND VALUE<br>OF PROPERTY |
|---|---|---|
| **J. Singer Law Group, PLLC**<br>**222 Broadway, 19th Floor**<br>**New York, NY 10038** | **1/5/2015 ($4,000.00) and 1/16/2015**<br>**($10,000.00)** | **$14,000.00** |

### 10. Other transfers

None
■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE,<br>RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED<br>AND VALUE RECEIVED |
|---|---|---|

None
■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER<br>DEVICE | DATE(S) OF<br>TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND<br>VALUE OF PROPERTY OR DEBTOR'S INTEREST<br>IN PROPERTY |
|---|---|---|

### 11. Closed financial accounts

None
☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR<br>DIGITS OF ACCOUNT NUMBER,<br>AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE<br>OR CLOSING |
|---|---|---|
| **NBT Bank, National Association**<br>**2483 Main Street**<br>**Lake Placid, NY 12946** | **Checking Account Ending in 9036** | **December 28, 2014** |
| **NBT Bank, National Association**<br>**2483 Main Street**<br>**Lake Placid, NY 12946** | **Checking Account Ending in 4473.** | **$444.93, Closed on January<br>16, 2015.** |
| **NBT Bank, National Association**<br>**2483 Main Street**<br>**Lake Placid, NY 12946** | **Checking Account Ending in 4473.** | **Final Balance - $254.10,<br>Closed on January 16, 2015.** |

### 12. Safe deposit boxes

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK<br>OR OTHER DEPOSITORY | NAMES AND ADDRESSES<br>OF THOSE WITH ACCESS<br>TO BOX OR DEPOSITORY | DESCRIPTION<br>OF CONTENTS | DATE OF TRANSFER OR<br>SURRENDER, IF ANY |
|---|---|---|---|

### 13. Setoffs

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

B7 (Official Form 7) (04/13)                                                                                                                6

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14. Property held for another person**

None ■   List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15. Prior address of debtor**

None ■   If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

**16. Spouses and Former Spouses**

None ■   If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■   a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None ■   b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None ■   c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
| --- | --- | --- |

B7 (Official Form 7) (04/13)                                                                                              7

---

**18 . Nature, location and name of business**

None
■
a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None
■
b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None
☐
a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Mountain Bookkeeping**<br>**16 Reservoir Lane**<br>**Bloomingdale, NY 12913** | **Bookkeeping services December, 2013 through Present.** |
| **Jill Dulka**<br>**24 Almweg Lane**<br>**Jay, NY 12941** | **Bookkeeping service from** |
| **Steve Preston**<br>**299 Park Avenue**<br>**Saranac Lake, NY 12983** | **CFO of the Debtor from January, 2010 through February, 2013** |
| **Barbara S. Dwyer, CPA**<br>**5694 Cascade Road**<br>**Lake Placid, NY 12946** | **Accountant from 2013 through Present.** |

None
☐
b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

---

B7 (Official Form 7) (04/13)                                                                                                    8

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|---------|------------------------|
| **Barbara S. Dwyer, CPA** | **5694 Cascade Road**<br>**Lake Placid, NY 12946** | **Audit for 2013, completed May 15, 2014.** |

None ☐   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|---------|
| **Mountain Bookkeeping** | **16 Reservoir Lane**<br>**Bloomingdale, NY 12913** |
| **Barbara S. Dwyer, CPA** | **5694 Cascade Road**<br>**Lake Placid, NY 12946** |

None ☐   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|------------------|-------------|
| **NBT Bank, National Association**<br>**2483 Main Street**<br>**Lake Placid, NY 12946** | **May, 2014** |
| **Adirondack Bank**<br>**185 Genesee Street**<br>**Utica, NY 13501** | **May, 2014** |
| **Village of Lake Placid, Inc.**<br>**2693 Main Street**<br>**Lake Placid, NY 12946** | **May, 2014** |
| **New York Association of Independent Schs**<br>**17 Elk Street, 1st Floor**<br>**Albany, NY 12207** | **May, 2014** |
| **Lake Placid Education Foundation**<br>**c/o Adirondack Foundation**<br>**P.O. Box 288**<br>**Lake Placid, NY 12946** | **May, 2014** |

---

**20. Inventories**

None ■   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|-------------------|---------------------|---------------------------------------------------------------------|

None ■   b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY<br>RECORDS |
|-------------------|----------------------------------------------------------|

---

**21 . Current Partners, Officers, Directors and Shareholders**

None ■   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|------------------|--------------------|-------------------------|

B7 (Official Form 7) (04/13)                                                                                                 9

None    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns,
☐    controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
| --- | --- | --- |
| **Brett West**<br>**390 West Mountain Road**<br>**Ridgefield, CT 06877** | **Chairman of the Board of Directors** | **N/A - Debtor is a not-for-profit corporation.** |
| **Donald Simkin**<br>**284 Boband Road**<br>**P.O. Box 312**<br>**Youngsville, NY 12791** | **Member of the Board of Directors** | **N/A - Debtor is a not-for-profit corporation.** |
| **Naj Wikoff**<br>**P.O. Box 568**<br>**Keene Valley, NY 12943** | **Member of the Board of Directors** | **N/A - Debtor is a not-for-profit corporation.** |
| **Lisa Wint**<br>**78 Saddleback Way**<br>**Lake Placid, NY 12946** | **Head of School** | **N/A - Debtor is a not-for-profit corporation.** |

---

**22 . Former partners, officers, directors and shareholders**

None
■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the
   commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
| --- | --- | --- |

None
■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year**
   immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
| --- | --- | --- |

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation
   in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the
   commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

---

**24. Tax Consolidation Group.**

None
■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated
   group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement
   of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |

---

**25. Pension Funds.**

None
■    If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an
   employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |

* * * * * *

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

B7 (Official Form 7) (04/13)                                                                    10

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.


Date  __**January 17, 2015**_____        Signature   __**/s/ Lisa Wint**_____
                                                                    **Lisa Wint**
                                                                    **Head of School**


[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court

## Northern District of New York

In re    **National Sports Academy at Lake Placid**                              ,

Debtor

Case No. _____

Chapter_____**11**_____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address<br>or place of business of holder | Security<br>Class | Number<br>of Securities | Kind of<br>Interest |
| --- | --- | --- | --- |
| **None** | | | |

# DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Head of School of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date____**January 17, 2015**_____        Signature **/s/ Lisa Wint**_____
                                                                                 **Lisa Wint**
                                                                                 **Head of School**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

__0__   continuation sheets attached to List of Equity Security Holders

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK**

In re   **National Sports Academy at Lake Placid**                                            ,

                                            Debtor                              Case No.

                                                                                Chapter      **11**

Social Security No(s). and all Employer's Tax Identification No(s). *[if any]*
**22-2627071**

## CERTIFICATION OF MAILING MATRIX

     I,(we),  **Christopher J. Baum**  , the attorney for the debtor/petitioner (or, if appropriate, the debtor(s) or

petitioner(s)) hereby certify under the penalties of perjury that the above/attached mailing matrix has been

compared to and contains the names, addresses and zip codes of all persons and entities, as they appear on the

schedules of liabilities/list of creditors/list of equity security holders, or any amendment thereto filed herewith.

Dated:   **January 17, 2015**

                                        **/s/ Christopher J. Baum**

                                        **Christopher J. Baum**
                                        Attorney for Debtor/Petitioner
                                        (Debtor(s)/Petitioner(s))

F:LR1007 (10/19/99)

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

Adirondack Bank
185 Genesee Street
Utica, NY 13501


Adirondack Computer Solutions
P.O. Box 206
13707 Route 9N
Au Sable Forks, NY 12912


Adirondack Medical Center
Lake Placid Rehabilitation & Sports Med
Attn: Tracy Bedard, 29 Church Street
Lake Placid, NY 12946


Alec Petro
37 Fort Hill Lane
Duxbury, MA 02332


Alexander Edwards & Company
47 Dock Street
Plattsburgh, NY 12901


Ally Financial
P.O. Box 9001948
Louisville, KY 40290-1948


Ally Financial
P.O. Box 9001948
Louisville, KY 40290-1948


Ally Financial
P.O. Box 9001948
Louisville, KY 40290-1948


Ally Financial
P.O. Box 9001948
Louisville, KY 40290-1948


Amy Cheney-Seymour
151 Fletcher Farm Road
Vermontville, NY 12989


Anfu Wang
2412 Ridgetop Circle
Ames, IA 50014

Apple Inc.
P.O. Box 846095
Dallas, TX 75284-6095


Arkadin Global Conferencing
P.O. Box 347261
Pittsburgh, PA 15251-4261


Athlete School Advisor AB
KUNGSPORTEN 3 A
427 50 Billdal, Vastra Gotalands Ian
SWEDEN


Athlete School Advisor AB
KUNGSPORTEN 3 A
427 50 Billdal, Vastra Gotalands Ian
SWEDEN


Brenda Cotton
736 Averyville Lane
Lake Placid, NY 12946


Brett West
390 West Mountain Road
Ridgefield, CT 06877


Brett West
390 West Mountain Road
Ridgefield, CT 06877


Brett West
390 West Mountain Road
Ridgefield, CT 06877


Bronwyn Seal
74 Deerwood Trail
Lake Placid, NY 12946


Brown Coach, Inc.
50 Venner Road
Amsterdam, NY 12010

Casella Waste Systems, Inc.
d/b/a Casella Resource Solutions
67 Carbide Road
Plattsburgh, NY 12901


Casual Graffix, LLC dba Bear Essentials
97B Main Street
Saranac Lake, NY 12983


Champlain Communications, Inc.
994 Military Turnpike, Suite 103
Plattsburgh, NY 12901


Coakley High Peaks Ace Hardware
P.O. Box 1244
622 Lake Flower Avenue
Saranac Lake, NY 12983


Compass Printing Plus
2182 Saranac Avenue
Lake Placid, NY 12946


Compuink Services
1025 West Avenue I, Suite 19
Lancaster, CA 93534


Copper Mountain, Inc.
P.O. Box 3527
Copper Mountain, CO 80443


Daniele Beauman
821 Mirror Lake Drive
Lake Placid, NY 12946


Donald Simkin
284 Boband Road
P.O. Box 312
Youngsville, NY 12791


Donald Simkin
284 Boband Road
P.O. Box 312
Youngsville, NY 12791

Donald Simkin
284 Boband Road
P.O. Box 312
Youngsville, NY 12791


Fabulous Floors
104 River Street
Hudson Falls, NY 12839


Golub Corporation d/b/a Price Chopper
P.O. Box 1392
Williston, VT 05495-1392


Hiram L. Oliveras-Matos
Hiram's Home Improvement
36 Crossfield Avenue
Saranac Lake, NY 12983


Hiroki Wakabayashi


Hurley Brothers
268 Station Street
Lake Placid, NY 12946


Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 21126
Philadelphia, PA 19114-0326


J. Hogan Refrigeration & Mechanical, Inc
12 Chamberlain Road
P.O. Box 67
Peru, NY 12972


Jack Rugar Custom Painting, LLC
30 Boulder Ledge Way
Keeseville, NY 12944


James Ades
193 Beaver Creek Road
Shelburne, VT 05482

John Peracchio
64 Agawam Drive
Wayne, NJ 07470


Junior Women's Hockey League, Inc.
c/o NAHA
3430 Mountain Road
Stowe, VT 05672


Kabrual Tasha and Julie Tasha
c/o Burns & Levinson LLP
125 Summer Street
Boston, MA 02110


Key Equipment Finance
1000 South McCaslin Boulevard
Superior, CO 80027


Lake Placid Pub & Brewery Company, LLC
813 Mirror Lake Drive
Lake Placid, NY 12946


Lake Placid Rental & Supply LLC
5643 Cascade Road
Lake Placid, NY 12946


Lake Placid-Wilmington CYC Coalition
P.O. Box 494
Lake Placid, NY 12946


Lamb Lumber Company, Inc.
6110 Sentinel Road
Lake Placid, NY 12946


Levy Diamond Bello & Associates, LLC
497 Bic Drive
Milford, CT 06461


Lisa Wint
78 Saddleback Way
Lake Placid, NY 12946


Marino Partners LLP
15 Fisher Lane, #200
White Plains, NY 10603

Marlin Leasing Corporation
300 Fellowship Road
Mount Laurel, NJ 08054


Maureen McDade-Goggins and Jason Goggins
28810 Tupelo Road
Menifee, CA 92584


Merrill L. Thomas, Inc.
2469 Main Street
Lake Placid, NY 12946


Michelle Faiello and Frank Faiello
5636 Melvin Street
Pittsburgh, PA 15217


Mountain Bookkeeping
16 Reservoir Lane
Bloomingdale, NY 12913


National Association of Independent Schs
P.O. Box 75760
Baltimore, MD 21275-5760


NBT Bank, National Association
2483 Main Street
Lake Placid, NY 12946


NCC Systems Inc.
1080 Military Turnpike
Plattsburgh, NY 12901


New York Ski Educational Foundation, Inc
P.O. Box 300
Wilmington, NY 12997


Nick Unger
821 Mirror Lake Drive
Lake Placid, NY 12946


Noonan Leasing LLC
703 County Highway 107
Johnstown, NY 12095

NYS Olympic Regional Development Auth
2634 Main Street
Lake Placid, NY 12946


NYS Olympic Regional Development Auth.
2634 Main Street
Lake Placid, NY 12946


Olympic Regional Development Authority
2634 Main Street
Lake Placid, NY 12946


Pitney Bowes, Inc.
P.O. Box 5010
Woodland Hills, CA 91365-5010


Randy Wint
78 Saddleback Way
Lake Placid, NY 12946


Rene Cosgrove
4613 Avenue de l'Esplanade
Montreal, QC H2T 2Y6
CANADA


Rodney Careen and Darlene Careen
39 Penmore Drive
Mount Pearl, NL A1N 1A8
CANADA


Ryan Bailey
821 Mirror Lake Drive
Lake Placid, NY 12946


Sarah Remillard
821 Mirror Lake Drive
Lake Placid, NY 12946


Saranac Lake Radio, LLC
P.O. Box 211
Saranac Lake, NY 12983


Seamans Media, Inc.
1400 Hancock Street, 7th Floor
Quincy, MA 02169

Skyliners Synchronized Skating Team, Inc
c/o Fredman & Kosan
333 Westchester Avenue
White Plains, NY 10606


Squad Locker
240 Bald Hill Road
Warwick, RI 02886


Statewide Machinery, Inc.
60 Pixley Industrial Parkway
Rochester, NY 14624


Steve Dougherty


Stoney Creek Girls Hockey Association
610 South Service Road
Stoney Creek, ON L8E2W1
CANADA


Strack, LLC d/b/a Central Garage
2679 Main Street
Lake Placid, NY 12946


Sylvain Halle
953 Rue Stuart
Repentigny, QC J5Y2X6
CANADA


The Cambridge Institute
1025 Main Street, Floor 3
Waltham, MA 02451


The Hill School
717 East High Street
Pottstown, PA 19464


The UPS Store No. 3190
1936 Saranac Avenue, Suite 2
Lake Placid, NY 12946


The Wild Center
45 Museum Drive
Tupper Lake, NY 12986

Tim Dulka
24 Almweg Lane
Jay, NY 12941


Time Warner Cable
P.O. Box 70872
Charlotte, NC 28272-0872


Time Warner Cable
P.O. Box 70872
Charlotte, NC 28272-0872


Town of North Elba
2693 Main Street, Suite 101
Lake Placid, NY 12946


Universal Supply Corp.
5855 Green Valley Circle, #206
Culver City, CA 90230


Usherwood Business Equipment, Inc.
1005 W. Fayette Street
Syracuse, NY 13204


Valentine & Kerbartas, Inc.
15 Union Street
Lawrence, MA 01840


Village of Lake Placid, Inc.
2693 Main Street
Lake Placid, NY 12946


Village of Lake Placid, Inc.
2693 Main Street
Lake Placid, NY 12946


Village of Lake Placid, Inc.
2693 Main Street
Lake Placid, NY 12946


Village of Lake Placid, Inc.
2693 Main Street
Lake Placid, NY 12946

Village of Lake Placid, Inc.
2693 Main Street
Lake Placid, NY 12946


Winch Paint Company
P.O. Box 138
Keene, NY 12942


Young Lyon Floor Covering, Inc.
1923 Saranac Avenue
Lake Placid, NY 12946

# United States Bankruptcy Court
## Northern District of New York

In re   **National Sports Academy at Lake Placid**

Debtor(s)

Case No.

Chapter   **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **National Sports Academy at Lake Placid**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**January 17, 2015**

Date

**/s/ Christopher J. Baum**

**Christopher J. Baum**

Signature of Attorney or Litigant

Counsel for   **National Sports Academy at Lake Placid**

**Baum & Bailey, P.C.**
**48 Wall Street, 11th Floor**
**New York, NY 10005**
**(212) 918-4519 Fax:(718) 228-3979**
**cbaum@baumbaileylaw.com**