**United States Bankruptcy Court
Northern District of New York
All Divisions**

**This Form Is To Be Used For Motion[1] Calendar Only.**

Case Name: In re National Sports Academy at Lake Placid

Case No.: 10-10082

Division: Albany

Adversary Proceeding No. (if applicable):

☒ Adjournment Request[2] for Hearing on Motion at Docket No.:   8

    Reason for Adjournment Request: The Debtor is working with the UST to resolve open issues.

    Original Return Date of Motion: January 21, 2015

    Number of prior adjournment request that have been made   1

☐ Notification of Withdrawal of ☐ Motion; ☐ Opposition/Response; ☐ Other: _____
    at Docket No.: _____

☐ Notification of Settlement of Motion at Docket No.: _____

Date of Hearing: February 4, 2015

Requested Adjourned Hearing Date: February 26, 2015 at 1:00 p.m.

Requesting Attorney's Name, Office Address, Phone and Email Address:
  Christopher J. Baum
  Baum & Bailey, P.C., 48 Wall Street, 11th Floor
  New York, New York 10005
  Telephone: (212) 918-4519; email - cbaum@baumbaileylaw.com

Consent of All Parties Obtained?   ☒ Yes   ☐ No - *Absent compelling reasons, adjournments will not be granted without the consent of all parties.*

Cc:

**This Form Must Be E-Filed <u>Not Later Than 2 p.m. on the Day Prior to the Hearing</u>. When E-Filing, This Form Must Be Linked to the <u>Motion</u> to Which the Request/Notification Pertains.**

---

[1] See www.nynb.uscourts.gov for the form relative to motion dates.
[2] If your request is denied, you will be notified by Chambers.

CH:LR9013A(11/05/2012)